**Paul Collins YONGO, Plaintiff–Appellant,**

v.

**The Honorable John McHUGH, in his official capacity as Secretary of the Army; Department of the Treasury, Financial Management Service; J.**

**Horne, in his official capacity as a military pay technician; Department of Defense; United States of America, Defendants–Appellees,**

**and**

**Department of the Army; The Honorable Robert Gates; Defense Accounting & Financial Services, Defendants.**

No. 13–1792.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2013.

Decided: Oct. 1, 2013.

Paul Collins Yongo, Appellant Pro Se. Matthew Fesak, Assistant United States Attorney, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Collins Yongo appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Yongo v. McHugh,* No. 5:10–cv–00220–F, 2013 WL 2285341 (E.D.N.C. May 23, 2013). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*